## Commonwealth *v.* Blash, Appellant.

Argued December 11, 1973. *Brian E. Appel*, with him *Segal, Appel & Natali*, for appellant; *Peter J. Smith*, Assistant District Attorney, with him *David Richman*, Assistant District Attorney, *Richard A. Sprague*, First

Assistant District Attorney and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.